UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL ENTHUSIAST, INC.<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GUNTER AND PLURPLANET, INC.<br><br>Defendants. | Case No. C-05-2733 WHA<br><br>Hon. William H. Alsup<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER TO DISMISS THE ACTION**<br><br>Action Filed:  May 31, 2005<br>(Removed to Federal Court on July 5, 2005) |

This Stipulation is made by and between all of the parties to this action, namely, plaintiff All Enthusiast, Inc. ("All Enthusiast"), and defendants Brian Gunter and Plurplanet, Inc. ("Defendants"), as follows:

WHEREAS, the parties desire to dismiss the above-captioned action, in its entirety, with prejudice;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective undersigned counsel, that:

(a)  The above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

    (b)    Each party shall bear its/his own costs and attorneys' fees in connection with the above-captioned action.

DATED: January 3, 2006

NAVID YADEGAR (Cal. Bar No. 205315)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

By: _____
    Navid Yadegar
Attorneys for Plaintiff All Enthusiast, Inc.

DATED: January 3, 2006

DAN R. GRESHAM (*Admitted Pro Hac Vice;*
    Georgia Bar No. 310280)
THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933

BRIAN M. O'DEA (Cal. Bar No. 45704)
McNICHOLS RANDICK O'DEA & TOOLIATOS LLP
5000 Hopyard Road, Suite 400
Pleasanton, California 94588-3348
Telephone: (925) 460-3700
Facsimile: (925) 460-0969

By: _____
    Dan R. Gresham
Attorneys for Defendants and Counterclaimants
Brian Gunter and PlurPlanet, Inc.

### [PROPOSED] ORDER

IT IS ORDERED that, based on the foregoing stipulation, the action between the parties is dismissed with prejudice.

DATED: January 6, 2006

_____
Hon. William H. Alsup
United States District Judge